

216-514-1600
25221 Miles Road, Suite F
Warrensville Heights, Ohio 44128
www.galvintherapycenter.com

# INVOICE

**Date:** 12/7/2016
**Patient:** ▇▇▇ Savett
**Invoice:** SAV-001

**Bill To:**

Adam Savett
31760 Woodsdale Lane
Solon, Ohio  44139

| Date | Description | Amount | Paid | Total Due |
|---|---|---|---|---|
| 5/13/2014 | Tutor | $30.00 | | $30.00 |
| 5/15/2014 | Tutor | $20.00 | $9.10 | $10.90 |
| 5/20/2014 | Tutor | $20.00 | | $20.00 |
| 5/22/2014 | Tutor | $20.00 | | $20.00 |
| 5/22/2014 | Tutor | $10.00 | | $10.00 |
| 5/23/2014 | Tutor | $20.00 | | $20.00 |
| 5/27/2014 | Tutor | $20.00 | | $20.00 |
| 5/27/2014 | Tutor | $30.00 | | $30.00 |
| 5/29/2014 | Tutor | $20.00 | | $20.00 |
| 5/29/2014 | Tutor | $30.00 | | $30.00 |
| 5/30/2014 | Tutor | $20.00 | | $20.00 |
| 5/31/2014 | Tutor | $60.00 | | $60.00 |
| 6/2/2014 | Tutor | $30.00 | | $30.00 |
| 6/3/2014 | Tutor | $20.00 | | $20.00 |
| 6/3/2014 | Tutor | $30.00 | | $30.00 |
| 6/4/2014 | Tutor | $60.00 | | $60.00 |
| 6/5/2014 | Tutor | $60.00 | | $60.00 |
| 6/6/2014 | Tutor | $20.00 | | $20.00 |
| 6/7/2014 | Tutor | $60.00 | | $60.00 |
| 6/9/2014 | Tutor | $30.00 | | $30.00 |
| 6/10/2014 | Tutor | $30.00 | | $30.00 |
| 6/12/2014 | Tutor | $30.00 | | $30.00 |
| 6/14/2014 | Tutor | $60.00 | | $60.00 |
| 6/16/2014 | Tutor | $25.00 | | $25.00 |

Exhibit 3

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 6/19/2014 | Tutor | $30.00 |  | $30.00 |  |
| 6/21/2014 | Tutor | $40.00 |  | $40.00 |  |
| 6/23/2014 | Tutor | $25.00 |  | $25.00 |  |
| 6/24/2014 | Tutor | $30.00 |  | $30.00 |  |
| 6/28/2014 | Tutor | $60.00 |  | $60.00 |  |
|  |  |  |  |  |  |
|  | Collection Fees |  |  | $350.00 |  |
|  |  |  |  |  |  |
|  |  | **TOTAL DUE:** |  | **$1,280.90** |  |

**Please make checks payable to:**

The Galvin Therapy Center
25221 Miles Road, Suite F
Warrensville Heights, Ohio   44128

**Thank you for your prompt payment**