Barrie Galvin, OTR/L
& Associates, Ltd
25221 Miles Road, Suite F
Warrensville Hts., OH 44128-5494

| Statement Date | Chart Number | Page |
|---|---|---|
| 6/17/2015 | SAVGA000 | 1 |

**Make Checks Payable To:**

Barrie Galvin & Assoc.
25221 Miles Road, Suite F
Warrensville Hts., OH 44128-5494

**Adam Savett**
31760 Woodsdale Lane
Solon, OH 44139

**Patient Name:** ▮▮▮ Savett

Thank you for choosing Barrie G. Galvin & Associates, Ltd.

**Patient Outstanding**   Primary: Autism Scholarship Program
Secondary:

| Date of Service | Procedure | Charge | Note | Primary Paid | Secondary Paid | What You Paid | Payment Method | Adj Amount | What You Owe |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/14 | TUTOR | 20.00 | | 20.00 | | | | | 0.00 |
| 05/01/14 | TUTOR | 50.00 | | 50.00 | | | | | 0.00 |
| 05/02/14 | TUTOR | 20.00 | | 20.00 | | | | | 0.00 |
| 05/03/14 | TUTOR | 60.00 | | 39.10 | | 20.90 | 1611 | | 0.00 |
| 05/05/14 | TUTOR | 30.00 | | 30.00 | | | | | 0.00 |
| 05/06/14 | TUTOR | 20.00 | | 20.00 | | | | | 0.00 |
| 05/06/14 | TUTOR | 30.00 | | 30.00 | | | | | 0.00 |
| 05/08/14 | TUTOR | 30.00 | | | | 30.00 | 1611 | | 0.00 |
| 05/08/14 | TUTOR | 20.00 | | | | 20.00 | 1611 | | 0.00 |
| 05/09/14 | TUTOR | 20.00 | | 20.00 | | | | | 0.00 |
| 05/10/14 | TUTOR | 60.00 | | | | 60.00 | 1611 | | 0.00 |
| 05/12/14 | TUTOR | 30.00 | | 30.00 | | | | | 0.00 |
| 05/13/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 05/13/14 | TUTOR | 30.00 | | 30.00 | | | | | 0.00 |
| 05/15/14 | TUTOR | 30.00 | | | | 30.00 | 1611 | | 0.00 |
| 05/15/14 | TUTOR | 20.00 | | | | 9.10 | 1611 | | 10.90 |
| 05/16/14 | TUTOR | 20.00 | | | | 20.00 | 1611 | | 0.00 |
| 05/17/14 | TUTOR | 60.00 | | | | 60.00 | 1611 | | 0.00 |
| 05/19/14 | TUTOR | 30.00 | | 30.00 | | | | | 0.00 |
| 05/20/14 | TUTOR | 20.00 | | | | | | | 20.00 |
| 05/20/14 | TUTOR | 30.00 | | 30.00 | | | | | 0.00 |
| 05/22/14 | TUTOR | 20.00 | | | | | | | 20.00 |
| 05/22/14 | TUTOR | 10.00 | | | | | | | 10.00 |

*Detach and return with payment*

Amount Paid: _____

Patient Name _____

Card Number _____  Exp Date _____

Cardholder Signature _____

Barrie Galvin, OTR/L
& Associates, Ltd
25221 Miles Road, Suite F
Warrensville Hts., OH 44128-5494

Exhibit 4

Barrie Galvin, OTR/L
& Associates, Ltd
25221 Miles Road, Suite F
Warrensville Hts., OH 44128-5494

| Statement Date | Chart Number | Page |
|---|---|---|
| 6/17/2015 | SAVGA000 | 2 |

**Make Checks Payable To:**

Barrie Galvin & Assoc.
25221 Miles Road, Suite F
Warrensville Hts., OH 44128-5494

**Adam Savett**
31760 Woodsdale Lane
Solon, OH 44139

**Patient Name:** ▇ Savett

Thank you for choosing Barrie G. Galvin & Associates, Ltd.

**Patient Outstanding**  Primary: Autism Scholarship Program
  Secondary:

| Date of Service | Procedure | Charge | Note | Primary Paid | Secondary Paid | What You Paid | Payment Method | Adj Amount | What You Owe |
|---|---|---|---|---|---|---|---|---|---|
| 05/23/14 | TUTOR | 20.00 | | | | | | | 20.00 |
| 05/27/14 | TUTOR | 20.00 | | | | | | | 20.00 |
| 05/27/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 05/29/14 | TUTOR | 20.00 | | | | | | | 20.00 |
| 05/29/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 05/30/14 | TUTOR | 20.00 | | | | | | | 20.00 |
| 05/31/14 | TUTOR | 60.00 | | | | | | | 60.00 |
| 06/02/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 06/03/14 | TUTOR | 20.00 | | | | | | | 20.00 |
| 06/03/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 06/04/14 | TUTOR | 60.00 | | | | | | | 60.00 |
| 06/05/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 06/05/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 06/06/14 | TUTOR | 20.00 | | | | | | | 20.00 |
| 06/07/14 | TUTOR | 60.00 | | | | | | | 60.00 |
| 06/09/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 06/10/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 06/12/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 06/14/14 | TUTOR | 60.00 | | | | | | | 60.00 |
| 06/16/14 | TUTOR | 25.00 | | | | | | | 25.00 |
| 06/19/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 06/21/14 | TUTOR | 40.00 | | | | | | | 40.00 |
| 06/23/14 | TUTOR | 25.00 | | | | | | | 25.00 |

*Detach and return with payment*

Amount Paid: _____

_____
Patient Name

_____   _____
Card Number                Exp Date

Barrie Galvin, OTR/L
& Associates, Ltd
25221 Miles Road, Suite F
Warrensville Hts., OH 44128-5494

_____
Cardholder Signature

Barrie Galvin, OTR/L
& Associates, Ltd
25221 Miles Road, Suite F
Warrensville Hts., OH 44128-5494

| Statement Date | Chart Number | Page |
|---|---|---|
| 6/17/2015 | SAVGA000 | 3 |

**Make Checks Payable To:**

Barrie Galvin & Assoc.
25221 Miles Road, Suite F
Warrensville Hts., OH 44128-5494

**Adam Savett**
31760 Woodsdale Lane
Solon, OH 44139

**Patient Name:** ███ Savett

Thank you for choosing Barrie G. Galvin & Associates, Ltd.

**Patient Outstanding**   Primary: Autism Scholarship Program
Secondary:

| Date of Service | Procedure | Charge | Note | Primary Paid | Secondary Paid | What You Paid | Payment Method | Adj Amount | What You Owe |
|---|---|---|---|---|---|---|---|---|---|
| 06/24/14 | TUTOR | 30.00 | | | | | | | 30.00 |
| 06/28/14 | TUTOR | 60.00 | | | | | | | 60.00 |

**What You Owe:** $930.90

---

*Detach and return with payment*

Amount Paid: _____.

Patient Name _____

Card Number _____ Exp Date _____

Cardholder Signature

Barrie Galvin, OTR/L
& Associates, Ltd
25221 Miles Road, Suite F
Warrensville Hts., OH 44128-5494